UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIARA WILLIAMS,

      Plaintiff,                       Case No. 4:23-12404
                                          District Judge F. Kay Behm

v.                                          Magistrate Judge Anthony P. Patti

AUTOKINITON d/b/a TOWER
INTERNATIONAL,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTIONS FOR ALTERNATE
SERVICE (ECF Nos. 31 & 32)**

**I.    Precious Knox Subpoena (ECF No. 31)**

Plaintiff previously filed two unsuccessful motions for alternate service of a subpoena to testify on witness Precious Knox. Neither of these prior motions were properly supported by an affidavit or declaration from the process server. (ECF Nos. 26 & 29, and text-only orders denying them). However, her third such motion is properly supported, and the Court is convinced that Precious Knox is avoiding service of the subpoena. Accordingly, Plaintiff's motion for alternate service of the subpoena on Precious Knox (ECF No. 31) is **GRANTED**, and Plaintiff is instructed to serve the subpoena (ECF No. 31-2, or an identical version

with revised dates) <u>and a copy of this order</u>: (1) by tacking the subpoena and order on the doorway to her apartment or house; and, (2) by sending the subpoena and order to her via <u>both</u> regular and certified delivery U.S. Mail.  **Precious Knox is forewarned that failure to obey a subpoena may subject her to further court action, including but not limited to being required to appear in court, a finding of contempt of court, and/or arrest.**  She may wish to seek an attorney for guidance and representation with respect to this order and the subpoena in question.

### II.     Torrae Rucker Subpoena (ECF No. 32)

Similarly, Plaintiff appears to be getting the run-around from another witness she is attempting to subpoena for deposition, namely, Torrae Rucker, who, despite three unsuccessful attempts at service and a promise to "get back to" the process server on January 11, 2025, has apparently still not made contact with the process server to arrange for acceptance of the subpoena. (ECF No. 32-1, PageID.236.)  Accordingly, Plaintiff's motion for alternate service of the subpoena on Torrae Rucker (ECF No. 32) is **GRANTED**, and Plaintiff is instructed to serve the subpoena (ECF No. 32-2, or an identical version with revised dates) <u>and a copy of this order</u>: (1) by tacking the subpoena and order on the doorway to his apartment or house; and, (2) by sending the subpoena and order to him via <u>both</u> regular and certified delivery U.S. Mail.  **Torrae Rucker is forewarned that**

**failure to obey a subpoena may subject him to further court action, including but not limited to being required to appear in court, a finding of contempt of court, and/or arrest.**  He may wish to seek an attorney for guidance and representation with respect to this order and the subpoena in question.

    It is **SO ORDERED**.

_____
Anthony P. Patti
United States Magistrate Judge

Dated: February 3, 2025