IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIARA WILLIAMS, | ) |
| PLAINTIFF, | ) |
| | ) Judge F. KAY BEHM |
| VS. | ) No. 4:23-cv-12404 |
| | ) |
| AUTOKINTON d/b/a TOWER INTERNATIONAL, INC., | ) |
| DEFENDANT. | ) |

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO UPLOAD EXHIBIT USING MEDIA FILE UPLOAD</u>**

This matter is before the Court on Plaintiff's Motion for leave to upload digital media exhibits (ECF No. 48).

The Court, having been advised in the premises, GRANTS the motion and orders Plaintiff to upload the media files, complying with the Electronic Filing Policies and Procedures:

1. The party must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

2. All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

1

3. Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and to not file any media files duplicative of those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4. The submitting party shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**IT IS SO ORDERED.**

Date: June 17, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge