UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIARA WILLIAMS, | Case No. 23-12404 |
| | Hon. F. Kay Behm |
| Plaintiff, | United States District Judge |
| v. | |
| | Hon. Anthony P. Patti |
| AUTOKINITON d/b/a TOWER INTERNATIONAL, INC., | United States Magistrate Judge |
| Defendants. | |
| _____ / | |

## **ORDER TO APPEAR**

For the reasons stated in Magistrate Judge Patti's Show Cause Order (ECF No. 50), it is **HEREBY ORDERED** that Tashodd Timms and Precious Knox (the "interested parties") appear before this court in person on September 17, 2025, at 10:00 am to show cause why they should not be held in contempt of court for failure to comply with subpoenas to testify. It is **FURTHER ORDERED** that the Clerk is ordered to issue a subpoena for each of the interested parties under Fed. R. Civ. P. 45, commanding them to appear in person and testify at that date and time. The United States Marshal is **ORDERED** to serve the completed subpoenas, a copy of this order, and the Magistrate

1

Judge's order (ECF No. 50) on the interested parties by <u>each</u> of the following methods of service: 1) attempting personal service, 2) posting notice on front door of the last known addresses provided, 3) mailing the required documents by first class mail, **and** 4) mailing the required documents via certified mail return receipt.  The United States will advance the costs of service of the subpoenas.

    The addresses of the interested parties are provided by the parties as follows:

    Precious Knox, 16155 Wildemere Street, Detroit, MI 48221.

    Tashodd Timms, 5369 Pacific Road, Detroit, MI 48204.

The work address for Tashodd Timms is 43955 Plymouth Oaks Blvd., Plymouth MI 48170, he may be personally served at that address.

    **SO ORDERED**.


Date: August 28, 2025            <u>s/F. Kay Behm</u>
                                     F. Kay Behm
                                     United States District Judge