UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIARA WILLIAMS,                  Case No. 23-cv-12404

    Plaintiff,                      Hon. F. Kay Behm
v.                              United States District Judge

AUTOKINITON, d/b/a TOWER
INTERNATIONAL, INC.,

    Defendant.
_____ /

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's opinion and order granting summary judgment to Defendant on January 14, 2026, and pursuant to the notice filed by Plaintiff on January 22, 2026, this civil action is **DISMISSED WITH PREJUDICE**. This is a final order and closes the case.

The court will retain jurisdiction to enter and enforce orders related to the noncompliance of nonparties Knox and Timms.

**SO ORDERED**.

Date: January 22, 2026          s/ F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge